E-FILED
Wednesday, 23 May, 2007  08:13:28 AM
Clerk, U.S. District Court, ILCD

FILED

MAY 22 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

07-1124

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. ATTORNEY'S OFFICE
211 FULTON
ONE TECHNOLOGY PLAZA
ROOM 459, 4TH FLOOR
PEORIA, IL 61602

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jordn Drums_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Jordan Draninski
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540