UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION



KENNETH A. LEE,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

Civil No. 07-1124

PETITIONER'S REPLY TO
GOVERNMENT'S RESPONSE TO
PETITION PURSUANT TO 28 U.S.C. §2255

Now comes Petitioner, Kenneth A. Lee, pro se, and in reply to government's response to petitioner's Motion to Vacate, Set Aside, or Correct Sentence brought pursuant to 28 U.S.C. §2255, petitioner states as follows:

1. Respondent objects to petitioner's time of filing. The petitioner believes that this Court, in the interest of justice, will view the time petitioner used filing motions in his direct appeal stage as excludable. Furthermore, a petitioner has one year and ninety days from the final decision to file a motion pursuant to 28 U.S.C. sec. 2255. Clay vs. United States, 537 U.S. 522, 524-525, 123 S.Ct. 1072, 1075, 155 L.Ed.2d 88 (2003).

2. Respondent says the Court addressed petitioner's claim about the disparity between crack and powder cocaine and chose not to change its sentence; however, respondent incorrectly states the actions of the Court which is clearly stated in its Order denying resentencing. There, the Court chose not to address the claimed inequity.

Petitioner restates his position, that the District Court's refusal to consider inequity of harsher sentences for crack versus powder cocaine, on "limited remand under Paladino, 401 F.3d 471; United States v. Booker, 543 U.S. 220, resulted in an unreasonable sentence and an abuse of discretion. Consequently, the sentence petitioner received was a "mandatory sentence."

3. Concerning the unconstitutionality of United States v. Paladino, 401 F.3d 471, petitioner relies on his argument in the initial filing of the 28 U.S.C. 2255 motion.

Wherefore Lee respectfully moves the Court to grant his petition pursuant to 28 U.S.C. 2255.

Respectfully Submitted,
*Kenneth Lee*
KENNETH A. LEE

## Certificate of Service

It is hereby certified that on June 28, 2007, I, Kenneth Lee, mailed the foregoing Petitioner's Reply to Government's Response to Petition Pursuant to 28 U.S.C. 2255, by placing a true and correct copy of same in the United States mail, via F.C.I. Pekin mail room, with proper postage, addressed to:

United States District Court
Central District of Illinois
Office of the Clerk
Room 309
Federal Building
100 N.E. Monroe
Peoria, Illinois 61602
(original and 1 copy)

K. Tate Chambers
United States Attorney
Central District of Illinois
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, Illinois 61602
(1 copy)

_Kenneth Lee_
SIGNATURE

_Terry Garrett_  6-28-07
NOTARY

OFFICIAL SEAL
Terry Garrett
Notary Public, State of Illinois
My Commission Expires 05/06/2009