**E-FILED**
Thursday, 31 January, 2008 10:50:22 AM
Clerk, U.S. District Court, ILCD

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

FILED

JAN 3 1 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Kenneth A. Lee

vs.

Case Number:  **07-1124**

**United States of America**

**DECISION BY THE COURT**. This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiffs motion to vacate, set aside or correct sentence (2255) is DENIED.

ENTER this 31st day of January, 2008.

PAMELA E. ROBINSON, CLERK

s/ S. Marvel
BY: DEPUTY CLERK